AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

*August 29, 2022*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ricardo DUARTE-Gonzalez | ) | Case No. **4:22-mj-2013** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 19, 2022__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC § 841(a)(1) and (b)(1)(A); and § 846 | knowingly and intentionally manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers; and the conspiracy to knowingly and intentionally manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, 500 grams or more of a mixture of detactable amount of methamphetamine, and conspiracy to commit money laundering. |
| Title 18 USC § Sections 1956(a)(1)(B) and (h), | |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

*Complainant's signature*

Martez Benas, Special Agent
*Printed name and title*

Sworn to me telephonically.

Date: August 29, 2022

*Judge's signature*

City and state: Houston, TX

Peter Bray, US Magistrate Judge
*Printed name and title*

**Attachment "A"**

Your affiant, Special Agent Martez B. Benas, being duly sworn, deposed and stated as follows:

1. I am a Special Agent of the United States Drug Enforcement Administration within the meaning of Title 18, United States Code § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code § 2516.

2. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C). I have been a Special Agent since August 2010. Since this time, and as part of my official duties, I have participated in investigations of narcotics trafficking, money laundering, complex conspiracies, and among other things, have conducted or participated in surveillances, the execution of search warrants, debriefings of informants and reviews of taped conversations. Through my training, education, and experience, I am familiar with the manner in which narcotics traffickers and money launderers conduct their operations, including, but not limited to, their methods of importing and distributing controlled substances, use of telecommunication devices to include cellular telephones, use of counter surveillance techniques, and use of numerical codes and coded and/or cryptic language, words, and references to conduct their transactions.

3. Based upon my training, experience, and participation in controlled substance and money laundering investigations which have resulted from violation of the United States federal drug and money laundering laws, I prepared this Affidavit in support of a criminal complaint charging **Ricardo DUARTE-Gonzalez**, hereinafter "Gonzalez",

with violating Title 21 USC § 841(a)(1) and (b)(1)(A); and § 846 to wit: to knowingly and intentionally manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers; and the conspiracy to knowingly and intentionally manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

### Purchase of two kilograms of methamphetamine

4. On July 19, 2022, Members with the Major Drug Squad HITDA H-34 purchased two (2) kilograms of methamphetamine from **Ricardo DUARTE-Gonzalez (**hereinafter **Gonzalez)**, utilizing a DEA Confidential Source (CS) for an agreed upon price of $5,400.00.

5. Agents met the CS at 1433 West Loop South. The CS and CS' vehicle was searched before and after the deal. The CS was then equipped with an audio/video recording device and the money to purchase the two kilograms of methamphetamine. The CS received a call from a member of the organization, who currently resides in Mexico, who provided the CS with Gonzalez' cell phone number. The CS then called the number and spoke with Gonzalez who informed the CS he (Gonzalez) would arrive in 20 minutes at the Home Depot located 999 North Loop West. Furthermore, Gonzalez told the CS he (Gonzalez) had to pick up the two kilograms of methamphetamine from a stash house located an hour away from the Home Depot.

6. At approximately 3:00 pm, Gonzalez called the CS and informed the CS that he (Gonzalez) would be arriving at the Home Depot around 3:00 pm. Gonzalez informed the CS that he was driving an older model Chevy pick-up truck. At 3:21 pm, Gonzalez arrived in a red Chevy pick-up at the Home Depot area. The CS received a call from Gonzalez and instructed the CS to park next to his (Gonzalez') vehicle. Gonzalez then exited the Chevy pick-up truck and entered the CS vehicle carrying a blue bag. The CS handed Gonzalez the $5,400.00 of US currency. Gonzalez asked the CS if the CS is going to look inside the bag. The CS then looked inside the bag and told Gonzalez "it looked good". Gonzalez then exited the CS's vehicle and left the area. The blue bag provided to the CS contained two kilograms of a crystal methamphetamine substance, a Schedule II controlled substance.

7. The crystal methamphetamine seized on July 21, 2022 was submitted to the DEA South Central Laboratory for analysis and safekeeping. Based on agents training and experience with methamphetamine seizures, agents believe the substance odor and crystalized nature is consistent with methamphetamine.

### Seizure of $41,992

8. On August 8, 2022, United States District Judge Lynn N. Hughes authorized the use of a Title III wire and electronic communication interception of a cellular device being utilized by Ricardo DUARTE-Gonzalez (4:22MC-1338). On August 22, 2022, agents intercepted a series of drug-related telephone calls between an unknown male (UM-7071) and Gonzalez. Gonzalez and UM-7071 discussed the movement of drug proceeds, where Gonzalez was going to bring UM-7071 $30,000 in US Currency. During the intercepted call, Gonzalez tells UM-7071 to send him the address where to

meet. UM-7071 then sent Gonzalez an address, 6909 Hillcroft, Houston, Texas. Agents established surveillance on Gonzalez at 8919 Aspen Trace Road, Houston. Agents observed Gonzalez exit his residence at Aspen Trace location with a bag in his hand. Agents observed Gonzalez enter the passenger seat of a black Dodge Ram. Agents observed the black Dodge Ram depart the Aspen Trace location with the bag. A traffic stop was conducted on the black Dodge Ram by a Harris County Sheriff's Officer because the Dodge Ram had paper plates that were unintelligible, in the 6700 block of North Sam Houston Parkway West in Houston, Texas. The Harris County Sheriff's Officer contacted a K-9 narcotic unit to assist with the traffic stop. The K-9 was deployed to conduct a currency sniff. The K-9 alert on the vehicle. The vehicle was then searched by the Harris County Sheriff's Officer. During the search officers located a bag that contained a large sum of US Currency. The K-9 was then deployed to conduct narcotic sniff of the US Currency. The K-9 alerted to a positive trace of narcotics on the US Currency. The Currency was then seized. An official count was conducted on the US Currency, which yielded a total count of $41,992.

**Seizure of approximately $77,000**

9. On August 28, 2022, agents received information from a Source of Information (SOI) regarding Ricardo DUARTE-Gonzalez picking up a large sum of drug proceeds from Jacksonville, Florida. The SOI informed agents that Ricardo DUARTE-Gonzalez instructed the SOI to travel with him to pick up a large sum of drug proceeds. The SOI maintained communication with SA Martez Benas while traveling to Jacksonville, Florida. On same date, SOI informed SA Benas that Gonzalez had picked up the drug proceeds and that they were on their way back from Jacksonville,

Florida to Houston, Texas. On August 29, 2022, while traveling back from Jacksonville, Florida, Jackson County Sherriff's Officer in Mississippi conducted a traffic stop on the vehicle being driven by the SOI and Gonzalez for failure to maintain the lane and following too close. The stop was conducted Westbound I-10 Mm 56. The Jackson County Sherriff's Officer asked for consent to search the vehicle. The Jackson County Sherriff's Officer contacted CBP Agent Todd Holland to assist with the stop by deploying his K-9. The K-9 alerted to the vehicle. The vehicle was subsequently searched by the Jackson County Sherriff's Officer, in which the drug proceeds approximating $77,0000 were found concealed behind the front passenger glove box and in the rear passenger door panel behind the door handle. Gonzalez was taken into custody.

10. Based on my experience and the aforementioned facts and observations, your affiant submits there is probable cause to believe that Ricardo DUARTE-Gonzalez, on July 21, 2022, did knowingly, intentionally, and unlawfully possess with intent to distribute more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections, 841(a)(1) and 841(b)(1)(A)(i); and that the cash seized on August 22, and 28, 2022, is proceeds of drug trafficking being transported by Gonzalez for the purpose of concealing the nature and source of the those

proceeds, in violation of Title 18, United States Code, Section 1956(a)(1)

(B) and (h).

*[signature]*
Martez Benas
Special Agent
Drug Enforcement Administration

Sworn and subscribed telephonically this <u>29th</u> day of August 2022, and I do hereby find probable cause.

*[signature]*
PETER BRAY
United States Magistrate Judge
Southern District of Texas